# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -6 PM 5: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR. No. 04-20305-D/V |
| vs. | ) | |
| | ) | |
| MICHAEL CHAPLIN, | ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

JENNIFER L. WEBBER, Assistant United States Attorney, applies to the Court for a Writ to have MICHAEL CHAPLIN, State# 156916, DOB 10/06/70, SSN# 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, now being detained in the Hardin County Correctional Facility, Whiteville, Tennessee, appear before the Honorable Tu M. Pham on Wednesday, December 14, 2005, at 2:00 p.m. for an initial appearance and for such other appearances as this Court may direct.

Respectfully submitted this 6th day of December, 2005.

JENNIFER LAWRENCE WEBBER
ASSISTANT UNITED STATES ATTORNEY

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application, DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN, SHERIFF/WARDEN, HARDIN COUNTY CORRECTIONAL FACILITY, WHITEVILLE, TENNESSEE.

YOU ARE HEREBY COMMANDED to have MICHAEL CHAPLIN appear before the Honorable Tu M. Pham at the date and time aforementioned.

ENTERED this 6 day of December, 2005.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:04-CR-20305 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT